1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN MABREY,

      Plaintiff,

    v.

WIZARD FISHERIES, INC., *et al.*,

      Defendants.

Case No.  C05-1499L

ORDER GRANTING MOTION
TO CONTINUE MOTION TO
COMPEL PAYMENT OF CURE

15
16
17
18
19
20

This matter comes before the Court on a motion filed by defendant Wizard Fisheries, Inc. ("Wizard") to continue plaintiff John Mabrey's motion to compel payment of cure.  (Dkt. #41). Wizard argues that, among other factors, discovery is ongoing, and the continuation of plaintiff's deposition is pending.  Wizard requests a two-week extension of the motion to compel pursuant to Federal Rule of Civil Procedure 56(f).

21
22

The Court finds that a two-week extension is reasonable.  Plaintiff agrees to the brief continuance.

23
24

Accordingly, the Court GRANTS Wizard's motion to continue plaintiff's motion to compel payment of cure.  (Dkt. #41).  The Clerk of the Court is directed to renote plaintiff's

25
26
27
28

ORDER GRANTING MOTION - 1

1   motion to compel payment of cure (Dkt. #37) for February 16, 2007.

2

3        DATED this 5th day of February, 2007.

4

5

6                                        Robert S. Lasnik
                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER GRANTING MOTION - 2