UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN MABREY,

    Plaintiff,

    v.

WIZARD FISHERIES, INC., *et al.*,

    Defendants.

Case No.  C05-1499L

ORDER TO SEAL DOCUMENTS
AND FILE REDACTED COPIES
OF SEALED DOCUMENTS

    This matter comes before the Court *sua sponte*.  Plaintiff has filed a motion to compel payment of maintenance and cure.  Some of the exhibits in support of and in opposition to that motion contain private and personal information that needs to be redacted from public documents.

    Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

    * Dates of Birth - redact to the year of birth

    * Names of Minor Children - redact to the initials

    * Social Security Numbers - redact to the last four digits

    * Financial Accounting Information - redact to the last four digits

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1  The General Order was issued by the court pursuant to the official policy on privacy
2  adopted by the Judicial Conference of the United States and can be found on the court's website
3  at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
4  comply with the Privacy Policy and the General Order.

5  In order to restrict access to the private and confidential information that has already
6  made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to
7  seal (1) the Declaration of Ryan Nute, Dkt. #38 (exhibit 7 contains private information), and (2)
8  the Declaration of John Lenker, Dkt. #46 (exhibits 8 and 9 contain private information).  The
9  parties are directed to promptly review all previously filed documents to ensure that they do not
10 contain additional information that should have been redacted.  The parties shall make every
11 effort to avoid such public disclosures of confidential information in the future.

12 As a result of the improper filings, a substantial portion of the record is now sealed,
13 which is inconsistent with the public's right of access.  The parties are therefore ORDERED to
14 file, within ten days of the date of this order, redacted copies of all documents which have been
15 sealed in this case.  If the parties have any questions about the Privacy Policy and the General
16 Order or need assistance in filing and properly labeling the redacted copies, they should contact
17 the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

19 DATED this 27th day of March, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SEAL AND
FILE REDACTED COPIES - 2