UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN MABREY,

    Plaintiff,

  v.

WIZARD FISHERIES, INC., *et al.*,

    Defendants.

Case No. C05-1499L

ORDER GRANTING MOTION TO WITHDRAW JURY DEMAND

This matter comes before the Court on plaintiff's motion for order permitting withdrawal of jury demand and for bench trial (Dkt. #66). Defendant has not filed a request for a jury and does not oppose plaintiff's motion. The Court GRANTS plaintiff's motion. This case will be tried to the Court.

DATED this 30th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO WITHDRAW JURY DEMAND